UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RAMIREZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEAN BORDERS, Warden,<br><br>　　　　　Respondent. | Case No. 18-cv-06128-HSG (PR)<br><br>**JUDGMENT** |

　　　This action is dismissed because this court lacks authority to entertain a successive petition until the court of appeals authorizes such a petition to be filed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/24/2018

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge